UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARCOS CALCANO, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

              Plaintiffs,

              v.

LUNO INC.,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-5752

**NOTICE OF VOLUNTARY DISMISSAL**

      Plaintiff(s), MARCOS CALCANO, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, LUNO INC., with prejudice and without fees and costs.

Dated: New York, New York
       December 12, 2024

                                                        **GOTTLIEB & ASSOCIATES PLLC**

                                                        */s/Michael A. LaBollita, Esq.*

                                                        Michael A. LaBollita, Esq., (ML-9985)
                                                              150 East 18th Street, Suite PHR
                                                                      New York, NY 10003
                                                                         Phone: (212) 228-9795
                                                                            Fax: (212) 982-6284
                                                                      Michael@Gottlieb.legal

                                                                    *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge